Charles Hudson, appellant, v. Colonial Trust & Savings Bank et al., appellees. Gen. No. 28,052.

Creditor's bill. Decree of dismissal. Appeal from the Circuit Court of Cook county; the Hon. George Fred Rush, Judge, presid-

ing. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 20, 1924.

N. Rothblum, for appellant. Good, Childs, Bobb & Wescott, for appellees; Dwight S. Bobb and F. M. Hartman, of counsel.

Mr. Justice Thomson delivered the opinion of the court.